

**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004-1454
**T** (202) 463-2400
**F** (202) 828-5393

mvu@seyfarth.com
T (202) 828-5337

www.seyfarth.com

December 5, 2019

VIA ECF

Hon. Jorge L. Alonso
United States District Judge
United States District Court for the Northern District of Illinois
219 South Dearborn Street, Courtroom 1903
Chicago, IL 60604

Re: *Cerda v. Chicago Baseball Club, LLC*, Case No. 1:17-cv-09023

Dear Judge Alonso:

We are writing on behalf of Chicago Cubs Baseball Club, LLC (the "Cubs"). As the Court is aware, the Cubs are completing a five-year renovation of Wrigley Field which we believe has significantly increased the accessibility of the ballpark. Full compliance with Title III of the Americans with Disabilities Act of 1990, as amended (the "ADA"), is of critical importance to the Cubs, as is ensuring the accessibility to all fans to Wrigley Field, a historic and aging ballpark with a limited physical footprint.

The team consistently works to improve the gameday experience for all fans--including those with disabilities. In that regard, we write to inform the Court that Office of the U.S. Attorney for the Northern District of Illinois ("USAO") has initiated an ADA Title III compliance review of Wrigley Field and the recent renovations to ensure that Wrigley Field is readily accessible to and usable by individuals with disabilities and operated in compliance with the ADA. The Cubs welcome the opportunity this review presents. The review will overlap with some of the issues raised in this case.

The Cubs had previously informed the Court and Plaintiff about additional accessible seating at Wrigley Field scheduled to be installed before the 2020 season begins. Before making this substantial capital investment, however, the team believes it is prudent to place the project on hold and receive any feedback from the USAO which might impact this seating. We



wanted to make the Court aware of this change and we are committed to working expeditiously with the USAO to complete the review.

Very truly yours,

SEYFARTH SHAW LLP

Minh N. Vu

Cc: Kristen Rau, Esq. (Kristen.Rau@usdoj.gov)
Patrick Johnson, Esq. (Patrick.Johnson2@usdoj.gov)
David A. Cerda, Esq. (via ECF)