IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FELIMON CERDA, | ) ) ) | |
| Plaintiff, | ) | No. 1:17-cv-9023 |
| v. | ) | Hon. Jorge L. Alonso |
| CHICAGO CUBS BASEBALL CLUB, LLC, | ) | Hon. Sheila M. Finnegan |
| Defendant. | ) ) ) | |

### DECLARATION OF DAVID ALBERTO CERDA

David Alberto Cerda, being first duly sworn on oath deposes and states:

1. On June 1, 2021, I received a letter, dated May 21, 2021, from the Attorney Registration and Disciplinary Commission of the Illinois Supreme Court ("ARDC") stating that I was no longer authorized to practice law due to Mandatory Continuing Legal Education reporting requirements.

2. In order to become authorized to practice law, I took the step of speaking with personnel from the ARDC.

3. The following steps remain to be taken:

    (a) I need to report my Continuing Legal Education credits;

    (b) I need to pay a fee to be reinstated; and

    (c) The Mandatory Continuing Legal Education Board will need to communicate my compliance with CLE requirements to the ARDC.

4. I estimate that I will be reinstated to practice law on or about June 24, 2021. I base this estimate on my telephone conversation with personnel at the ARDC who informed me of the logistics of the reinstatement process and the time involved.

5. I share joint custody of one of my children with my former wife. Pursuant to a Joint Custody Agreement we plan our respective summer vacation schedules months in advance. I have scheduled out of state travel from June 29, 2021 through July 7, 2021. I cannot schedule depositions

in this case until I have been reinstated by the ARDC. I should be able to work on, and discuss discovery with defense counsel and/or the U.S. Department of Justice on June 24, 25 and 28, 2021 and conduct depositions after July 7, 2021.

    Further affiant sayeth naught.

s/David A. Cerda
David Alberto Cerda

Dated: June 15, 2021

Peter V. Bustamante
17 North State Street – Suite 1550
Chicago, Illinois 60602
(312) 346-2072
pvbust@bustamantelaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing Declaration of David Alberto Cerda was served, upon:

Teresa L. Jakubowski
**BARNES & THORNBURG LLP**
1717 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006-4623
teresa.jakubowski@btlaw.com

John F. Kuenstler
**BARNES & THORNBURG LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
john.kuenstler@btlaw.com


Through the Court's CM/ECF system on June 15, 2021.

| | |
|---|---|
| Peter V. Bustamante | *s/ Peter V. Bustamante* |
| 17 North State Street - Suite 1550 | _____ |
| Chicago, Illinois 60602 | |
| (312) 346-2072 | |
| Attorney No. 70292 | |
| pvbust@bustamantelaw.com | |