**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID FELIMON CERDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:17-cv-9023 |
| vs. ) | |
| ) | Hon. Jorge L. Alonso |
| CHICAGO CUBS BASEBALL CLUB, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING THE COURT'S VISIT TO WRIGLEY FIELD**

On April 6, 2023, Plaintiff David Felimon Cerda ("Plaintiff") filed an Unopposed Motion for the Fact Finder to View Seating at Wrigley Field. (ECF No. 234.) Defendant Chicago Cubs Baseball Club, LLC (the "Cubs") did not oppose the motion. The parties proposed parameters for the site visit. The Court grants Plaintiff's motion and states as follows:

1. The court reporter, courtroom deputy, one law clerk, and two U.S. Marshals accompanied the Court on the site visit. Plaintiff, Plaintiff's counsel, Defendant's counsel, and members of the Cubs' in-house legal team also accompanied the Court. A member of the Cubs' in-house legal team escorted the Court pursuant to the instructions set forth herein. Other Cubs personnel, including security and ballpark operations staff, were in the ballpark performing work in the ordinary course.

2. There were no demonstrations or substantive discussion during the Court's visit. No objections were made by any party during the visit.

3. No instructions or recommendations were made to the Court beyond the instructions set forth herein.

4. The Court arrived at the employee entrance gate on N. Sheffield Ave at approximately 10:50 AM on Thursday, April 13, 2023.

5. The Court proceeded through the gate and onto the playing field to view the Accessible Seats from the pitcher's mound. The Court and other attendees traversed the field via the warning track around the field other than when the Court proceeded to and from the pitcher's mound. Prior to the Court's arrival, Cubs' personnel visually marked each Accessible Seat at Wrigley Field using yellow balloons so the Court could identify them from the playing field.

6. The Court exited the field near center field, proceed to Elevator No. 13 in the left field corner, and took Elevator No. 13 from the ground concourse to Section 501 and viewed the field from that Accessible Seating area.

7. From there, the Court proceeded to and took Elevator No. 5L from the main bleacher concourse to Left Field Porch to view the seats and the field from the Accessible Seats in Left Field Porch.

8. The Court then took the elevator from the Left Field Porch down to the main bleacher concourse and proceeded to the Batter's Eye Accessible Seating area and viewed the field from that area.

9. The Court then took Elevator No. 4R from the main bleacher concourse to Right Field Porch and viewed the seats and view of the field from the Accessible Seats in Right Field Porch.

10. The Court then took Elevator No. 4R from Right Field Porch to the main bleacher concourse and viewed the field from Budweiser Patio.

11. The Court then proceeded to and took Elevator No. 17 down to the ground concourse, proceeded to Elevator No. 61 in right field, and took the elevator to the 100 Level, exiting the elevator near Section 134.

12. At Section 134, the Court walked up the aisle to the top of the 200 Level and then returned to the 100 Level.

13. The Court proceeded down the main cross-aisle between the 100 Level and 200 Level. The Court proceeded viewing the field from Accessible Seating located in Sections 130-134; Sections 117-120; and Sections 101-105.

14. The Court then took Elevator No. 13 in the left field corner from the 100 Level down to the main concourse, proceed to Elevator No. 05, and took Elevator 05 to the 200 Level.

15. The Court then proceeded down the concourse behind the 200 Level and viewed the seats and the field from Accessible Seating in Sections 203 and the platform area to the left of Section 203, Section 206, Section 207, Sections 214-218, and Sections 227-231. The Court walked down one aisle to the bottom of the 200 Level, stopping every four rows until reaching the 100 Level, before returning up the aisle to the top of the 200 Level. The Court also viewed the platform area to the right of Section 232.

16. The Court then took Elevator No. 55 in the right field corner to the upper deck of the grandstand, proceeded to the cross-aisle between the 300 Level and 400 Level, and proceeded down the cross-aisle toward home plate, viewing the Accessible Seating located in Section 331R, 330R, 328R, 323R, and 319R. The Court proceeded through the Catalina Club and down the cross-aisle between the 300 Level and 400 Level, and viewed the Accessible Seats in Sections 315L, 313L, 309L, 306L, 304L, and 303L. The Court then took Elevator No. 05 in left field corner to the ground concourse and concluded its visit.

Date: 4/13/2023

_____
Jorge L. Alonso
United States District Judge

4